```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                              2:05-cr-93-FtM-99SPC

SCOTT JULIUS ROBINSON
_____

### ORDER

     This matter comes before the Court on defendant's Motion For Entry of Conditional Plea (Doc. #71) and a Report and Recommendation Concerning Conditional Plea of Guilty (Doc. #76) recommending that the Court accept defendant's conditional plea of guilty.  A defendant may enter a conditional plea of guilty only with the consent of the court and upon written reservation "to have an appellate court review an adverse determination of a specified pretrial motion."  Fed. R. Crim. P. 11(a)(2).  The Court declines to give its consent to a conditional plea of guilty. Additionally, there was no written reservation as required by Rule 11(a)(2).

    Accordingly, it is now

    **ORDERED**:

    1.  The Motion For Entry of Conditional Plea (Doc. #71) is **DENIED**.

    2.  The Report and Recommendation Concerning Conditional Plea of Guilty (Doc. #76) is **REJECTED**.

3.  Trial is set for **Tuesday, June 20, 2006, at 9:00 A.M.** before the undersigned in Courtroom A.

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of June, 2006.

_____
JOHN E. STEELE
United States District Judge

Copies:
AUSA
Counsel of Record
U.S. Marshal
DCCD